# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

IN RE: WILLIAM G. FORTENBERRY　　　　　　　　CASE NO: 04-BK-11348
　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## MOTION FOR AUTHORITY TO SELL PROPERTY AND TO CANCEL LIEN

COMES NOW the above referenced debtor, William G. Fortenberry, through undersigned counsel, who would state as follows:

1.

Debtor herein, William G. Fortenberry, filed a Voluntary Petition for Relief under Chapter 13 of Title 11 of the United States Code on May 7, 2004 and the case confirmed on July 6, 2004.

2.

Debtor would state that he surrendered and abandoned his principle residence ("property") located at 419 Crouch Road in Benton, LA in his Chapter 13 Plan and an offer to purchase the property for One Hundred Thousand and No/100 ($100,000.00) Dollars was presented by Michael Edmunds through his Attorney, Graydon K. Kitchens, III (as evidenced by the attached Good Faith Estimate of Settlement Costs).

3.

Debtor would further state that he wishes to accept the offer, however, a Judgment in favor of Citizens National Bank, N.A., against William G. Fortenberry was recorded on April 20, 2004 and Counsel for this creditor, Fred A. Rogers, III, has agreed to release the lien for Seven Hundred Fifty and No/100 ($750.00) Dollars and this sum is to be paid at closing.

4.

Debtor would further state that after all closing and related costs have been paid, including

the balance to Bank of America and Citizens National Bank, N.A., debtor anticipates receiving less than One Thousand and No/100 ($1,000.00) Dollars which debtor is entitled to retain under 11 USC 522(b)(2) of the United States Bankruptcy Code.

5.

Debtor would further state that Plan Payments are current and remitted consistently.

6.

Debtor would further state that in order to proceed with final approval, Graydon K. Kitchens, III, Attorney for Michael Edmonds, is requiring Court authorization.

7.

Attorney's fees incurred for reviewing the file with the debtor, consulting and advising the debtor and for the preparation, filing and presentation of this Motion for Authority to Sell Property and to Cancel Lien are hereby requested in the amount of Three Hundred Fifty and No/100 ($350.00) Dollars. This sum is to be paid *directly by the debtors* from the proceeds received at the closing after all closing costs and related expenses have been paid, including the Bank of America. The hourly rate charged by M. Daniel LaGrone, Jr., is One Hundred Eighty and No/100 ($180.00) Dollars per hour and Paralegal time is calculated at Fifty and No/100 ($50.00) Dollars per hour. Following is an estimate of the average time and expense expended in connection with this Motion.

| | | |
|---|---|---|
| 5/4-6/4 | Numerous offices visits and phone consultations with debtor and Counsel for buyer, misc. correspondence, preparation Motion, Court Appearance | 2.00 Hours |
| | **Total Attorney Hours:** | **2.00 Hours** |
| 5/4-6/4 | Phone conversations with debtor and office of Counsel for buyer, misc. correspondence, assisted in preparation of Motion, copied, filed and mailed Pleading | 1.0 Hours |
| | **Total Paralegal Time:** | **1.0 Hours** |

8.

This Motion will have no adverse impact on unsecured creditors as the dividend distribution remains at 24%.

WHEREFORE DEBTOR PRAYS that this Motion for Authority to Sell Property be deemed good and sufficient and that the debtor be granted the an Order authorizing the sale of the property and that attorney's fees as requested be approved.

/s/ M. Daniel LaGrone, Jr.
**M. Daniel LaGrone, Jr., #8101**
LAGRONE AND ASSOCIATES
315 Fannin Street
Shreveport, Louisiana 71101
(318) 425-7867