# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

IN RE: WILLIAM G. FORTENBERRY            CASE NO.: 04-BK-11348
                                                                 CHAPTER 13

## MOTION TO CONVERT A CHAPTER 13 CASE TO A CHAPTER 7

COMES NOW the above referenced debtor, William G. Fortenberry, through undersigned Counsel, who would state as follows:

1.

The above named debtor filed a Chapter 13 case on April 21, 2004.

2.

The above named debtors are eligible for relief under Chapter 7, Title 11, of the United States Code.

3.

The above named debtors are desirous of converting his Chapter 13 case to a case under Chapter 7, Title 11, United States Code pursuant to Section 1307A of the Bankruptcy Code.

WHEREFORE the above named debtors pray that his case be hereby converted from a Chapter 13 to a Chapter 7 of Title 11, United States Code pursuant to Section 1307A of the Bankruptcy Code.

                                                   /s/ M. Daniel LaGrone, Jr. #8101
                                                   **M. Daniel LaGrone, Jr. #8101**
                                                   LAGRONE AND ASSOCIATES
                                                   400 Travis Street, Suite 1502
                                                   Shreveport, Louisiana 71101
                                                   (318) 425-7867

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| IN RE: WILLIAM G. FORTENBERRY | CASE NO: 04-BK-11348 |
| | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Motion to Convert a Chapter 13 Case to a Chapter 7 Case filed on behalf of the above debtors on August 4, 2005 was this date mailed with proper postage affixed and placed in the United States Mail and mailed to: **Paul H. Davidson**, **Chapter 13 Trustee**, P.O. Box 19300, Shreveport, LA 71149-0300 **and the Debtors, William G. Fortenberry,** 143 Estelle Lane, Mena AR 71953 herein on this the **4th** day of **AUGUST, 2005.**

/s/ Carmen L. Corkern
**Carmen L. Corkern**
**Secretary to M. Daniel LaGrone, Jr., #8101**
LAGRONE AND ASSOCIATES
400 Travis Street, Suite 1502
Shreveport LA 71101
(318) 425-7867