# UNITED STATES BANKRUPTCY COURT
## Western District of Louisiana
### Judge Stephen V. Callaway

## Notice of Commencement of Case Under Chapter 7 of the Bankruptcy Code, Meeting of Creditors, & Fixing of Dates

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 4/21/04 and was converted to a case under chapter 7 on 8/9/05.

**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) and address):
William G. Fortenberry  ( *debtor has no known aliases* )
143 Estelle Lane
Mena, AR 71953

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 04–11348 | xxx–xx–4416 |

| Attorney for Debtor(s) (name and address): | United States Trustee |
|---|---|
| M. Daniel LaGrone Jr. | R. Michael Bolen |
| 400 Travis St., Suite 1502 | 300 Fannin Street, Suite 3196 |
| Shreveport, LA 71101 | Shreveport LA 71101 |
| Telephone number: (318) 425–7867 | Telephone number: (318) 676–3456 |
| | Interim Trustee Appointed by U.S. Trustee on 4/21/04. |
| | John Clifton Conine |
| | POB 1209 |
| | Natchitoches, LA 71457–1209 |
| | Telephone number: (318) 352–3602 |

## Meeting of Creditors:

Date: **September 15, 2005**   Time: **02:00 PM**
Location: **Ground Floor, Room G034, 300 Fannin Street, , Shreveport, LA 71101**

## Discharge Meeting:

Date: **January 9, 2006**   Time: **01:30 PM**
Location: **Courtroom Four, 4th Floor, 300 Fannin St., , Shreveport, LA 71101**

## Deadlines:

The deadline for complaints on discharge of the debtor or dischargeability of a debt is 60 days following the first date set for the meeting of creditors as set forth in Bankruptcy Rule 4004 and 4007, unless extended by court order.

## NOTICE:

**DEBTOR(S) MUST PROVIDE ORIGINAL PICTURE IDENTIFICATION AND PROOF OF SOCIAL SECURITY NUMBER TO THE TRUSTEE AT THE MEETING OF CREDITORS. FAILURE TO DO SO MAY RESULT IN YOUR CASE BEING DISMISSED.**

NO ASSETS AT THIS TIME: UNSECURED CREDITORS NEED NOT FILE CLAIM UNLESS NOTIFIED TO DO SO.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 300 Fannin Street, Suite 2201 | Clerk of the Bankruptcy Court: |
| Shreveport LA 71101 | |
| Telephone number: (318) 676–4267 | J. Barry Dunford |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 8/23/05 |

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

    1. A meeting of creditors pursuant to 11 U.S.C. Section 341(a) shall be held at the time, and place specified above, at which time creditors may examine the debtor(s) and present documented requests to abandon property.

    2. NOTICE IS HEREBY GIVEN: Debtors attendance at the meeting of creditors is mandatory. Failure of the debtor to attend the meeting of creditors, and failure to comply with LOCAL RULE 2003−1 shall result in the ex parte dismissal of voluntary cases. Should the debtor fail to attend the originally scheduled meeting of creditors, and make a written request of the U.S. Trustee to reschedule, pursuant to LOCAL RULE 2003−1, and that written request be denied by the U.S. Trustee, then and in such event the debtor shall file a contradictory motion, pursuant to Rule 9014, for the U.S. Trustee to show cause why the meeting of creditors should not be re−set. Failure to do so constitutes cause for dismissal.

    3. Unless extended, objection to debtors claim of exempt property must be filed within 30 days after the meeting of creditors.

    4. The creditors meeting may be continued or adjourned from time to time by notice at the meeting without further written notice to creditors. At the meeting, the creditors may elect a trustee as permitted by law, elect a committee of creditors, examine the debtor and transact such other business as may properly come before the meeting.

    5. Pursuant to 11 U.S.C. Section 521(2), the debtor must file with the Clerk of Court within 30 days of the filing of the petition, or on or before the meeting of creditors, aforesaid, whichever is earlier, the debtors statement of intentions regarding consumer debts secured by property of the estate.

    6. A discharge shall be granted unto the individual debtor herein unless a complaint to discharge is timely filed pursuant to 11 U.S.C. Section 523(c) or the debtor files a waiver of discharge pursuant to 11 U.S.C. Section 727(a) (10). Pursuant to 11 U.S.C. Section 524(d), the court will conduct a discharge hearing. Debtor(s) will be advised by the Clerk by mail on a date subsequent to the discharge hearing date whether or not his/her Discharge has been granted.

    7. The deadline for complaints on discharge of the debtor or dischargeability of a debt is 60 days following the first date set for the meeting of creditors as set forth in Bankruptcy Rule 4004 and 4007, unless extended by court order.

J. Barry Dunford
Clerk of the Bankruptcy Court

Date: 8/23/05

AS RESULT OF THE FILING OF THE PETITION, CERTAIN ACTS AND PROCEEDINGS AGAINST THE DEBTOR AND HIS ESTATE ARE STAYED AS PROVIDED IN 11 U.S.C. SECTION 362(a).