```
              IN THE UNITED STATES BANKRUPTCY COURT
                  WESTERN DISTRICT OF LOUISIANA

IN RE:
                                       CASE NO. 04-BK-11348
   WILLIAM G. FORTENBERRY              JUDGE STEPHEN V. CALLAWAY
   143 ESTELLE LANE
   MENA, AR  71953
                                       DATE: 09/27/2005

       Debtor(s)
   SSN(1) XXX-XX-4416  SSN(2) XXX-XX-
-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT
                    AND ACCOUNT OF ADMINISTRATION
-------------------------------------------------------------------------------

     PAUL DAVIDSON, Trustee for the above case, submits the following Final Report and
Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b)(1).

     1. The case was filed on 04/21/2004 and confirmed on 07/06/2004.
The case was subsequently CONVERTED AFTER CONFIRMATION.

     2. The amount paid to the Trustee by or on behalf of the debtor(s) was $    2,100.00 .

     3. The Trustee made disbursements to creditors as follows:
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMT     PRIN PD      INT PD    BAL DUE
-------------------------------------------------------------------------------
ALLTEL                   UNSECURED        521.12        9.35         .00        .00
ARCENEAUX, III, L. GRAHAM NOT FILED          .00         .00         .00        .00
CREDIT BUREAU            NOT FILED           .00         .00         .00        .00
CREDIT BUREAU            UNSECURED        388.80        6.98         .00        .00
CREDIT BUREAU            UNSECURED        306.62        5.50         .00        .00
DAVIDSON, DR. R.         NOT FILED           .00         .00         .00        .00
DELTA PATHOLOGY GROUP LLP NOT FILED          .00         .00         .00        .00
DISH NETWORK             UNSECURED        260.68        4.68         .00        .00
INTERNAL REVENUE SERVICE TAXES            758.00         .00         .00        .00
INTERNAL REVENUE SERVICE NOT FILED           .00         .00         .00        .00
J C PENNEY COMPANY       NOT FILED           .00         .00         .00        .00
LAW CASH                 NOT FILED           .00         .00         .00        .00
MARIONNEAUX, WAYNE H. DDS UNSECURED       474.80        8.52         .00        .00
OUTFITTERS LTD           NOT FILED           .00         .00         .00        .00
PLAINTIFF FUNDING CORPORA NOT FILED          .00         .00         .00        .00
RED RIVER CONSULTANTS, IN NOT FILED          .00         .00         .00        .00
RED RIVER CONSULTANTS, IN NOT FILED          .00         .00         .00        .00
REGIONAL ANESTHESIOLOGIST NOT FILED          .00         .00         .00        .00
ROGERS, HEARNE & CARTER, UNSECURED     13,652.82      244.94         .00        .00
SAMS                     NOT FILED           .00         .00         .00        .00
SHERIFF                  NOT FILED           .00         .00         .00        .00
STATE OF LOUISIANA       NOT FILED           .00         .00         .00        .00
TRI STATE PHYSICAL THERAP NOT FILED          .00         .00         .00        .00
UNITED STATES ATTORNEY   NOT FILED           .00         .00         .00        .00
WELLS FARGO FINANCIAL LA UNSECURED      1,814.78       32.56         .00        .00
```

PAGE 01 - CONTINUED ON NEXT PAGE

4. Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED    CONT DEBTS       TOTAL
------------------------------------------------------------------------------
CLAIM AMOUNT            .00        758.00     17,419.62          .00    18,177.62
PRINCIPLE PAID          .00           .00        312.53          .00       312.53
INTEREST PAID           .00           .00           .00          .00          .00

    5. Costs of administration:
The clerk was paid $            .00  through the plan for the filing fee.
The debtor's attorney was allowed $    1,694.00  and was paid $    1,694.00 .
The Trustee was paid $         46.74    compensation and  $         46.73  expense pursuant to 11
U.S.C. 1302
Refunds to the debtor and/or new trustee total $            .00 .

    Wherefore the trustee requests a final  decree be entered which discharges the trustee
and his surety from any and all  liability on account of the  above case, closes the estate,
and grants such other relief as may be just and proper.


xc:                                             /s/ PAUL H. DAVIDSON
                                                PAUL H. DAVIDSON