UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:

    WILLIAM G. FORTENBERRY     CASE NO. 04-11348
    Debtor

## TRANSMITTAL OF UNCLAIMED FUNDS

JOHN C. CONINE, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | |
|---|---|
| Chief Special Procedure<br>Internal Revenue Service<br>600 S. Maestri Pl STP 31<br>New Orleans, LA 70130 | $ 758.00 |
| Dish Network<br>Attn: Meredith Arcese<br>PO Box 6633<br>Englewood, CO 80112 | $260.68 |
| Alltel<br>One Allied Dr.<br>Little Rock, AR 72202-9918 | $ 521.12 |
| Dish Network<br>Attn: Meredith Arcese<br>PO Box 6633<br>Englewood, CO 80112 | $ 19.75 |
| Chief Special Procedure<br>Internal Revenue Service<br>600 S. Maestri Pl STP 31<br>New Orleans, LA 70130 | $ 57.42 |
| Alltel<br>One Allied Dr.<br>Little Rock, AR 72202-9918 | $ 39.47 |

2. Your Trustee's check for $1,656.44, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, March 1, 2010.

_/S/ John Clifton Conine_____
JOHN CLIFTON CONINE, TRUSTEE
1150 Miller Farm Rd
Natchitoches, LA 71457-5322
Telephone: (318) 354-8413
Fax: 1-866-887-7413
Email: coninej@bellsouth.net